UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 30 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wardell L. Tyree,                     )
                                      )
          Petitioner,                 )
                                      )
     v.                               )   Civil Action No. 05-1149
                                      )
United States,                        )
                                      )
          Respondent.                 )

ORDER

Petitioner moves, pursuant to Fed. R. Civ. P. 60(b), for relief from the final order entered on June 9, 2005, denying his application for a writ of mandamus. He also inexplicably seeks to amend the case caption. The pending motion presents no grounds for either relief. Accordingly, it is this 27th day of September 2005,

ORDERED that petitioner's motion for relief from judgment is DENIED.

*Colleen Kollar-Kotelly*
United States District Judge