UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARDELL L. TYREE<br><br>Vs<br><br>DISTRICT OF COLUMBIA<br>COURT OF APPEALS | Civil Action No:05-1149<br>(C.K.K.) |

" Notice Of Appeal "

This Pro-se Petitioner previously filed a motion in this U.S. District Court pursuant to Fed.R.Civ.P. 60 (b) seeking relief from an Order that was entered by this Court on June 9/2005, which effectively denied an application for a Writ Of Mandamus.

This "Notice Of Appeal" is hereby entered to Appeal the Order above mentioned, and to appeal this courts refusal to entered a Summary Judgment on the issuse or give any reasons for denying the application for a writ of mandamus .

Designation Of The Records

Wherefore all the reasons herein mentioned, Petitioner further request that a copy of the full record in the above caption, be forwarded to the Appellant Division of this Honorable Court.

Respectfully Submitted
by *Wardell L. Tyree* 08338-007
On this date of 10/10/2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wardell L. Tyree,                )
                                 )
        Petitioner,              )
                                 )
    v.                           )   Civil Action No. 05-1149
                                 )
United States,                   )
                                 )
        Respondent.              )

ORDER

Petitioner moves, pursuant to Fed. R. Civ. P. 60(b), for relief from the final order entered on June 9, 2005, denying his application for a writ of mandamus. He also inexplicably seeks to amend the case caption. The pending motion presents no grounds for either relief. Accordingly, it is this 27d day of September 2005,

ORDERED that petitioner's motion for relief from judgment is DENIED.

/s/ Colleen Kollar-Kotelly
United States District Judge