# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARDELL L. TYREE <br> Petitioner, <br><br> Vs. <br><br> UNITED STATES <br> Respondent | * <br> * Civil Action No:05-1149 <br> * Mandamus R.C. Lamberth <br> * 60 (b) C.K. Kottley <br> * <br> * <br> * |

"Motion Requesting A "Stay"
On The Time Limit In Which To File
Pursuant To Title 28 U.S.C. 2254

Comes Now, this Pro-se DC Superior Court Prisoner, Wardell L. Tyree, whom, in the interest of justice, files this "separate motion" requesting a "Stay" on the time limit in which to file a Habeas Corpus pursuant to title 28 U.S.C. 2254.

Previously, in the above caption, this Petitioner filed a Writ Of Mandamus to compel a panel of Judges on the DC Court Of Appeals, to adhere to its own written "Orders/and or decision that was made on 3/24/2004. And in the alternative to "Mandamus", this Petitioner requested that this U.S. District Court "Stay the time limit for filing his 2254 until the DC Court Of Appeals resolves the unexhausted issues earlier presented on direct appeal No:98-CF-1301.

On or about 5/25/2005, Judge:R.C.Lamberth dismissed the Writ Of Mandamus, claiming that this U.S. District Court lacked jurisdiction to enforce a Mandamus over the Judges on the DC Court Of Appeals.

However, Judge Lamberth never did address **the alternative request for a "stay" on the time limit in which to file a Habeas petition in this U.S. District Court.**

On or about 6/29/2005, this petitioner responded to that dismissal by filing a 60 (b) Motion explaining that "as a matter of law" this U.S. District Court does have jurisdiction over the DC Superior Court and the DC Court of Appeals, and that reconsideration is warranted where it is

RECEIVED
NOV 7 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

...clear that the panel of Judges are evading their own "Orders" and agreements.

On 9/30/2005, that 60(b) Motion was dismissed by Judge: C.K. Kottley, and still the issue of whether a "Stay" should be issued was not answered, or completely overlooked.

On or about 10/10/2005, a timely "Notice Of Appeal" was mailed in the case No:05-1149, henceforth, it may now be appropriate for this court **to give a new case number to this separate motion requesting "a Stay" on the time limit to file a Habeas petition under title 28 U.S.C. 2254 that is due to be filed in this U.S. District Court not later than 1/25/2006** If no "Stay Order" is issued from this Court, the cause of this petitioner's unlawfull conviction will be "Procedurally Barred according to the U.S. Supreme Court in <u>Johnson Vs. California</u>, 158 L.Ed.2d. 696 (2004)

### STATEMENT OF REASONS

The here attached Motions and exhibits are prima-facie-evidence that grounds for enforcing this Court Mandamus powers exist in this case, and a "Stay Order" from this court should be granted until the panel of Judge on the DC Court Of Appeals adhere to its own Order and adjudicate the issues that were earlier presented and overlooked. exhibit = 2

For until the DC Court Of Appeals exhaust those issues, this petitioner will be considered to be "Procedurally Barred" from bring those issues of constitutional magnitude to this Federal Court.

Wherefore all of the herein written reasons, inter-alia, this pro-se petitioner prays that this motion requesting a "Stay" be granted, for it is indeed in the interest of justice.

*This Motion is separate from Appeal No: 05-5392*

Respectfully Submitted by
Wardell Tyler #08338-007
U.S.P. Canaan. P.O. Box 300
Waymart. P.A. 18472
On this date of 10/31/05